13-CR-05526-JGM

r COURT
INGTON

UNITED STATES OF AMERICA

V.

DAVID C. MERCURIO

JUDGMENT IN A CRIMINAL CASE

(Short Form)

CASE NUMBER: CR13-5526

David O
_____
Defendant's Attorney

■ **THE DEFENDANT** pleaded guilty to ~~count(s)~~ the single-count Superseding Information

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1382 | Trespassing | 4/4/2013 | I |

☐ Count(s) _____ ☒ is  ☐ are   dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By: |
|---|---|---|---|---|
| 310.00 | 300.00 | $10.00 | $ N/A | 7 days |

Defendant's SSN: XXX-XX-2147
(Last 4 digits only)
Defendant's DOB: XX-XX-1958

Defendant's USM No.: n/a

*[signature]*
Special Assistant United States Attorney

11/25/2013
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

*[signature]*
Defendant's Signature

THE HONORABLE BRIAN A. TSUCHIDA
United States Magistrate Judge (Add Name of Judicial Officer)

11/25/2013
Date